204 So.2d 577

STEVENS CONCRETE PIPE AND
PRODUCTS, INC.

v.

Ray W. BURGESS et al.

No. 48946.

Oct. 26, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.